COURT OF APPEALS OF VIRGINIA


Present:   Judges Elder, Beales and Senior Judge Annunziata


VIRGINIA EQUIPMENT DISTRIBUTORS, INC. AND
  STARNET INSURANCE COMPANY/ BERKLEY NET
  UNDERWRITERS, LLC

MEMORANDUM OPINION[*]
v.       Record No. 2676-10-2                    PER CURIAM
                                                 MAY 10, 2011
JOHNNY M. BRIGHT, SR.


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (Arthur T. Aylward; Angela F. Gibbs; Midkiff, Muncie & Ross,
                P.C., on briefs), for appellants.

                (Wesley G. Marshall; Joel W. Young; Law Offices of Wesley G.
                Marshall PLC, on brief), for appellee.


        Virginia Equipment Distributors, Inc., and its insurer, Starnet Insurance

Company/Berkley Net Underwriters, LLC (collectively "employer") appeal a decision of the

Workers' Compensation Commission.  Employer contends the commission erred in

(1) concluding the evidence was sufficient to prove Johnny M. Bright, Sr. (claimant) proved his

neck/cervical spine, thoracic spine, right shoulder, and brachial plexus injuries were causally

related to his work injury as a direct result of the accident, or as a compensable aggravation of a

pre-existing condition; (2) according weight to and in relying on the opinions of Drs. Merrick,

Nikpey, Crowl, and Herring; (3) failing to accord Dr. Heilbronner's medical opinion the greatest

weight; (4) concluding claimant's disability from June 2, 2009 through the present was related to

his work injury; and (5) finding the original agreement form did not list any injury to specific

body parts.  We have reviewed the record and the commission's opinion and find that this appeal

--------

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

is without merit.  Accordingly, we affirm for the reasons stated by the commission in its final opinion.  <u>See</u> <u>Bright v. Virginia Equip. Distrib., Inc.</u>, VWC File No. 235-99-18 (Nov. 29, 2010). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>